IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

**RICHARD D. PERCEFULL**                                                                 **PLAINTIFF**

VS.                                            Case No. 04-CV-1022

**CHRIS CLAYBAKER, Mayor of Camden,**
**Arkansas, et al.**                                                                     **DEFENDANTS**

**ORDER**

      Before the Court is Defendants' Motion for Summary Judgment. (Doc. 20). Plaintiff has responded. (Doc.23). Defendants have also filed a Reply Brief. The Court finds this Motion ripe for consideration. Upon consideration, for the reasons discussed in the Memorandum Opinion of even date, Defendants' Motion for Summary Judgment is **granted in part** and **denied in part**. Separate Defendants Sam Steelman, and the Board of Alderman of Camden, Arkansas, are hereby dismissed from this lawsuit with prejudice. Further, Plaintiff's Claims against Separate Defendant Chris Claybaker, Mayor of Camden, Arkansas, in his official capacity are dismissed with prejudice. This case will proceed to trial as against Mayor Claybaker in his individual capacity for Plaintiff's claims of violations of his Fourth Amendment rights and his Fourteenth Amendment right to procedural due process. To the extent Plaintiff stated a claim arising under the substantive component of the Fourteenth Amendment, it is hereby dismissed with prejudice.

      Further, to the extent Defendant's have raised the issue that res judicata operates as a bar to Plaintiff's Claims against Separate Defendant Chris Claybaker, Mayor of Camden, Arkansas, the Court will hold a hearing on this issue **Tuesday, November 8, 2005, at 10:00a.m**. The hearing will take place in the U.S. District Courtroom, in the United States Post Office and Court House, El Dorado, Arkansas. The parties may further brief this issue and tender their arguments to the Court at this time. Depending on the Court's disposition of this issue, this case will proceed to jury trial in El Dorado, Arkansas, at the call of the Court beginning on **Wednesday,**

-1-

**November 9, 2005, at 9:00a.m**. Counsel and unrepresented parties are directed to report to the Judge's chambers at 8:30a.m. on the date of the trial unless otherwise notified.

    **IT IS SO ORDERED** this 24th day of October, 2005.

                                          /s/ Harry F. Barnes
                                            Hon. Harry F. Barnes
                                            U.S. District Judge