IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

**RICHARD D. PERCEFULL**                                                                       **PLAINTIFF**

VS.                          Case No. 04-CV-1022

**CHRIS CLAYBAKER, Mayor of Camden,**
Arkansas, et al.                                                     **DEFENDANTS**

# ORDER

On October 24, 2005, the Court entered an Order granting in part and denying in part the Defendants' Motion for Summary Judgment. Based on the denial of this Motion, the Defendant has notified the Court that he will file a Notice of Appeal with the United States Court of Appeals for the Eighth Circuit.

Accordingly, the trial of the above-captioned matter is hereby continued and will be reset for trial after a decision is rendered by the United States Court of Appeals for the Eighth Circuit. The deadlines imposed by the previous Final Scheduling Order are lifted until further notice. Further, in light of the pending appeal, Defendants' Motion in Limine (Doc. 34) is hereby **denied**, without prejudice to Defendants' right to refile.

**IT IS SO ORDERED** this 8th day of November, 2005.

                                                             /s/ Harry F. Barnes
                                                               Hon. Harry F. Barnes
                                                               U.S. District Judge