IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

RICHARD D. PERCEFULL                                                                PLAINTIFF

V.                                         CASE NO. 04-CV-1022

CHRIS CLAYBAKER, Mayor of Camden,
Arkansas                                                                             DEFENDANT

## ORDER

Before the Court is Defendant Chris Claybaker's Second Motion for Summary Judgment. (Doc. 53). Plaintiff Richard Percefull has responded. (Doc. 56). Claybaker has replied to Percefull's response. (Doc. 64). For reasons discussed in the Memorandum Opinion of even date, the Court finds that Defendant Claybaker's Second Motion for Summary Judgment should be and hereby is **GRANTED**. Plaintiff Percefull's claims against Chris Claybaker are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 23rd day of July, 2007.

                                                                  /s/ Harry F. Barnes
                                                               Hon. Harry F. Barnes
                                                               United States District Judge